# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

SENAD LIBIC,                              )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )          No. 4:12-CV-1907 CAS
                                          )
CAROLYN W. COLVIN,                        )
Acting Commissioner of Social Security,   )
                                          )
                    Defendant.            )

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles, filed September 30, 2013.  See 28 U.S.C. § 636(b).  The Magistrate Judge recommended that the Commissioner's Motion to Reverse and Remand be granted and the case be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), as specified in the Report and Recommendation.  The parties were directed to file any objections forthwith, and none have been filed.

After careful review of the matter, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner's decision in this matter should be reversed and this case remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **sustained, adopted** and **incorporated** herein.  [Doc. 22]

**IT IS FURTHER ORDERED** that Acting Commissioner of Social Security Carolyn W. Colvin is substituted for former Commissioner Michael J. Astrue as defendant in this case.

**IT IS FURTHER ORDERED** that the Commissioner's Motion to Reverse and Remand is **GRANTED**.  [Doc. 22]

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED**.

**IT IS FURTHER ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

An appropriate judgment of remand will accompany this order.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  3rd  day of October, 2013.

2